74,472-01,02,03

Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station.
Austin Texas. 78711.

59th Judicial District of
Grayson County Texas.

"Louise Pearson. "Clerk"

Dear Ma'am.

I would like to ask for Copy of the
White Cards. That was sent to me Years ago.
I was unaware of the difference in the meaning
of the Court of Appeals dessions on my H.C. 11.07.
I do Not know if I had one white card or
"3" ( I do Not Need the 1107 only White Cards.)
The Cause Numbers. was 51329. 58308 and 58307.

I would Really Appreciate Copy of the
White Cards Dismissed or Denied

Thank You.
x [signature] TDCJ# 1571415
Stevenson unit TDCJ.
1525 Fm 766
Cuero. Tx.
77954.          4-15-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk